## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LILLIAN BLAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-17-550-M |
| | ) |
| PROPERTY AND CASUALTY | ) |
| INSURANCE COMPANY OF | ) |
| HARTFORD, A/K/A THE HARTFORD, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Joint Application for Administrative Closing Order, filed January 29, 2018.  Upon review of the joint application, the Court GRANTS the Joint Application for Administrative Closing Order [docket no. 12].  It is ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within ___90___ days of this date for the purpose of dismissal pursuant to the settlement compromise, this action shall be deemed to be dismissed with prejudice.

**IT IS SO ORDERED this 29th day of January, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE